NEW JERSEY POWER AND LIGHT COMPANY, RESPOND-
ENT, v. MORRIS COUNTY BOARD OF TAXATION, ETC.,
ET AL., APPELLANT.

Argued May 21, 1942—Decided December 3, 1942.

For the respondent, *Wall, Haight, Carey & Hartpence.*

For the appellants, *Edward R. McGlynn* and *Elmer S. King.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, DONGES, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.

JERSEY CENTRAL POWER AND LIGHT COMPANY, RE-
SPONDENT, v. MONMOUTH COUNTY BOARD OF TAXA-
TION ET AL., APPELLANTS.

Argued May 21, 1942—Decided December 3, 1942.

For the respondent, *Autenrieth & Wortendyke.*

For the appellants, *Edward R. McGlynn.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Heher in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, BODINE, DONGES, PERSKIE, PORTER, COLIE, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, JJ. 12.

*For reversal*—None.